GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7327
Email: Craig.Russell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 23-CR-00320-TUC-JAS |
|---|---|
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Brien Jesus Hernandez, | |
| Defendant. | |

    The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum.

    On August 22, 2023, the defendant pled guilty to Count 1 in the indictment charging the defendant with dealing firearms without a license. The government has reviewed the Presentence Report (PSR) and has no objection to the total offense level calculation of 21 and the defendant's placement in Criminal History Category I. The resulting sentencing range is 37 to 46 months.

    In aggravation, the defendant's offense involved numerous firearms including fully automatic weapons. (PSR ¶¶ 6-7.) He was also selling "auto sears" which allow semi-automatic firearms to function as fully automatic weapons. (PSR ¶ 10-11.) He was also involved in selling small amounts of controlled substances. (PSR ¶ 9.)

    In mitigation, the defendant is 25-years-old and has no prior criminal history. (PSR ¶¶ 29-35.) After some initial difficulties, he has performed well on pretrial release. (PSR ¶ 4.) Having reviewed the findings and recommendations contained in the PSR, the

government requests a sentence of 37 months followed by three years of supervised release. This sentence would constitute sufficient deterrence and be consistent with the application of the other sentencing factors set forth in 18 U.S.C. Section 3553(a).

Respectfully submitted this 18th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s Craig H. Russell*

Craig H. Russell
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 18th day of January, 2024, to:

ALL ECF Participants